UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA

| | | |
|---|---|---|
| SHAVAUGHAN CARLOS WILSON-EL, ) | ) | |
| Petitioner, | ) | |
| vs. | ) | 2:05-cv-255-RLY-WGH |
| | ) | |
| CRAIG HANKS, | ) | |
| | ) | |
| Respondent. | ) | |

# E N T R Y

Through his filing of January 13, 2006, petitioner Wilson-El seeks an order compelling his immediate release from segregation into the general population at the Wabash Valley Correctional Facility. This relief is sought as an adjunct to Wilson-El's challenge to the validity of a prison disciplinary proceeding identified as No. WVD 05-06-0179.

It is true that the sanctions imposed in the challenged disciplinary proceeding included a period of disciplinary segregation. It is not possible for Wilson-El to challenge that particular sanction through an action for a writ of habeas corpus, however, because this sanction did not result in the imposition of "custody" which can be challenged pursuant to 28 U.S.C. § 2254(a). *Montgomery v. Anderson,* 262 F.3d 641, 644 (7th Cir. 2001). Whether Wilson-El ultimately prevails in this action remains to be seen, but he clearly cannot obtain relief from his housing assignment within the prison at this point, even if that assignment extends beyond the period of time imposed as a sanction in No. WVD 05-06-0179. His request for intervention in the form of an order compelling his release into the prison's general population is **denied**.

**IT IS SO ORDERED.**

Date: 01/19/2006

RICHARD L. YOUNG, JUDGE
United States District Court
Southern District of Indiana

Copies to:

Shavaughan Carlos Wilson-El
DOC #917706
Wabash Valley Correctional Facility
P.O. Box 1111
Carlisle, IN 47838-1111

Office of the Indiana Attorney General
Indiana Government Center South, Fifth Floor
402 West Washington Street
Indianapolis, IN 46204-2770